IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RAYMOND BOANERGE BENET,<br><br>Defendant. | Case No. 1:21-MJ-320 |

**<u>AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT AND ARREST WARRANT</u>**

I, Michael Shalton, being duly sworn state:

1. I am an officer with the United States Park Police (USPP) and have been so employed for twelve years. I am assigned to enforce various Federal, State and local laws and regulations and do so through my current assignment as a Patrol Officer, District Two Station, George Washington Memorial Parkway.

2. My duties as a patrol officer include, but are not limited to response and initial investigations of violent crimes, sexual assault offenses, firearms offenses, and narcotics offenses.

3. I submit this affidavit in support of a criminal complaint and arrest warrant, alleging that on or about August 3, 2021, in Turkey Run Park, in McLean, Virginia, in the special maritime and territorial jurisdiction of the United States, within the Eastern District of Virginia, RAYMOND BOANERGE BENET did commit simple assault of A.C., in violation of Title 18, United States Code, Section 113(a)(5).

4. The facts and information contained in this affidavit are based upon my training and experience, participation in investigative activities, personal knowledge, and observations and interviews conducted during the course of this investigation, as well as the observations of other law enforcement officials involved in this investigation. All observations not personally made by

me were relayed to me by the individuals who made them or are based on my review of records, documents, and other physical evidence obtained during the course of this investigation. This affidavit is not intended to include each and every fact and matter observed by me or known to the United States.

5. On August 3, 2021, at approximately 8:56 p.m., I was operating as Car 211 on the George Washington Memorial Parkway. I was operating a fully marked police vehicle with lights and sirens. USPP Dispatch Operations contacted me regarding a report of a sexual solicitation at Turkey Run Park, which is located just off of the George Washington Memorial Parkway between Route 123 and Interstate 495.

6. The suspect was described as a heavy-set white male, dressed in a dark colored t-shirt, wearing blue shorts, wearing a blue bandanna on his head.

7. Ofc. Wong and I responded and upon arrival to the area of Turkey Run Park, observed a white male matching the exact description provided. The white male suspect was sitting inside, in the driver's seat of a silver or gray Ford Focus bearing Virginia registration. Upon approaching the vehicle, I observed the white male suspect moving around as if he was putting on clothing. The white male suspect was wearing blue gym style shorts, which appeared disheveled.

8. As I approached the suspect in the vehicle, I observed him pulling up on the waistband of the blue gym shorts. He appeared disheveled and was nervous. I made contact with the suspect. He produced a Virginia driver's license bearing license number bearing the name "Raymond Boanerge Benet."

9. I spoke with BENET and asked him what he was doing in the parking lot. BENET stated that he was changing.

10. I observed that at the time of my encounter with BENET there were no other individuals in the park and BENET was alone in his vehicle. There was no complainant on scene.

11. I documented the contact with BENET and then directed BENET to leave the park. I advised BENET that the park was closed at dark and again directed BENET to exit the park. BENET said, "okay," and left the area.

12. After BENET left the area, Ofc. Wong and I canvassed the area for the complainant and any witnesses with negative results.

13. I cleared Turkey Run Park and continued patrol southbound onto the George Washington Memorial Parkway when I observed what I believed to be a disabled vehicle, which was stopped on the ramp from Turkey Run Park.

14. I stopped to assist the occupants. The passenger, later verbally identified as A.C., a female juvenile, exited the vehicle, approached me and stated she had been sexually assaulted.

15. I presented A.C. with BENET's driver's license photo. A.C. identified the BENET as the person who assaulted her, and described that BENET touched A.C.'s buttocks and breasts over her clothes, and put a purple condom in A.C.'s hand and asked A.C. to have sex.

16. I requested that A.C. and the driver of the vehicle, Witness-1 (W-1), drive to the USPP District Two Station. I also contacted A.C.'s parent.

17. A.C. described that she and W-1 (A.C.'s boyfriend) were in W-1's vehicle at Turkey Run Park between 7:00 p.m. and 7:30 p.m. A.C. said that it was still light outside. A.C. stated that there were no other vehicles in the parking lot or in the area.

18. A.C. exited W-1's vehicle because W-1 made a comment that annoyed her. W-1 remained in the vehicle.

19. A.C. noticed a heavy-set man, who she identified as the person in BENET's driver's license photo, walking out of the trail toward A.C. A.C. stated that BENET started walking with A.C. and talking to A.C. saying, "hey sweetheart."

20. A.C. described that BENET said, "let me try that pussy, give me a shot." A.C. said that she tried to get away from BENET.

21. BENET continued walking close to A.C. and kept asking A.C. to come with him. A.C. stated that at this point, BENET was face to face with A.C. and BENET put something in A.C.'s hand.

22. A.C. said that the item was in a purple package and she could feel a condom in the package. A.C. said that the words "grape flavored" and "condom" were on the package.

23. A.C. stated that BENET was wearing a long t-shirt and thought that BENET was not wearing pants underneath the long t-shirt.

24. A.C. described that BENET kept getting close to A.C. A.C. stated that BENET then put one of his hands on A.C.'s buttocks outside her clothing. A.C. said that BENET put his hand in the middle of her buttocks, close to the bottom of her buttocks, as if he was cupping it, and then squeezed her buttocks.

25. A.C. stated that BENET then put one of his hands on A.C.'s breast, covering her nipple outside of her clothing.

26. A.C. said that BENET had one hand on her buttocks and one hand on her breast at the same time. BENET said something sexual white he was grabbing A.C., but A.C. did not remember the exact language BENET used. A.C. told "BENET" I gotta go bye." BENET responded, "I am bi, your boyfriend can join, I can make it quick."

27. A.C. said that she got away from BENET and walked back to W-1's vehicle. A.C. said that BENET walked back toward the wooded area toward the trail. A.C. got back into W-1's vehicle.

28. BENET then came back up towards the back of W-1's vehicle. A.C. described that it seemed like BENET was actively looking for A.C.. BENET knocked on the window of W-1's vehicle. W-1 yelled at BENET and told BENET to get off his vehicle and get away.

29. W-1 pulled away and A.C. said that BENET walked back towards the trail. A.C. and W-1 saw that BENET did not have any pants or shorts on because they saw BENET's bare buttocks.

30. A.C. told W-1 that BENET touched A.C. on the buttocks and the breast and showed A.C. a condom. W-1 got out of the vehicle and tried to verbally confront BENET. A.C. convinced W-1 to get back in the vehicle and they left the area. W-1 drove out of the parking lot and W-1 called 911.

31.     Based upon the foregoing, I believe probable cause exists to believe that on or about August 3, 2021, in Turkey Run Park, in McLean, Virginia, in the special maritime and territorial jurisdiction of the United States, within the Eastern District of Virginia, RAYMOND BOANERGE BENET did commit simple assault of A.C., in violation of Title 18, United States Code, Section 113(a)(5).

Respectfully submitted,

Michael Shalton
Police Officer
United States Park Police

Attested to by the applicant in accordance
with the requirements of Fed. R. Crim. P. 4.1
by telephone on September 24, 2021.

Hon. Michael S. Nachmanoff
United States Magistrate Judge
Alexandria, Virginia